UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-1297 & 09-1298
_____

THE ABI JAOUDI AND AZAR TRADING CORPORATION

v.

CIGNA WORLDWIDE INSURANCE COMPANY;
SAMUEL M. LOHMAN, ESQ.

THE HONORABLE JOSIE SENESIE, COMMISSIONER OF INSURANCE FOR THE
REPUBLIC OF LIBERIA AND COURT APPOINTED RECEIVER FOR THE
LIBERIAN BRANCH OF CIGNA WORLDWIDE INSURANCE COMPANY,
Appellant (09-1297)
(Pursuant to Rule 12(a), FRAP)

Samuel M. Lohman, Esq.
Appellant (09-1298)
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-91-cv-06785)
District Judge: Honorable John P. Fullam
_____

Argued March 9, 2010
_____

Before: AMBRO, SMITH and MICHEL,[*] Circuit Judges

(Opinion filed: August 20, 2010)
_____

_____

[*] Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the Federal
Circuit, sitting by designation. Chief Judge Michel has since retired, and this opinion has
been approved by a quorum of the panel. *See* 28 U.S.C. § 46(d).

IT IS NOW ORDERED, at the direction of the Court, that the opinion shall be amended as follows:

Henry F. Reichner, Esquire
Reed Smith LLP
1650 Market Street
2500 One Liberty Place
Philadelphia, PA   19103-7301

Paul E. Breene, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY   10022

James C. Martin, Esquire (Argued)
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA   15222

Counsel for Appellant
Josie Senesie

Michael Conley, Esquire
Anderson, Kill & Olick
1600 Market Street
Suite 2500
Philadelphia, PA   19103-0000

Mark Gottlieb, Esquire (Argued)
William H. Pillsbury, Esquire
Offit Kurman
1601 Cherry Street
Three Parkway, Suite 1300
Philadelphia, PA   19102

Counsel for Appellant/Cross Appellee
Samuel M. Lohman, Esq.

Richard J. Bortnick, Esquire
Cozen & O'Connor
200 Four Falls Corporate Center
P.O. Box 800, Suite 400
West Conshohocken, PA 19428-0800

Stephen A. Cozen, Esquire
Cozen & O'Connor
1900 Market Street, 3rd Floor
Philadelphia, PA  19103-0000

Donald F. Donovan, Esquire (Argued)
Robert D. Goodman, Equire
Matthew S. Hackell, Esquire
Donald W. Hawthorne, Esquire
William H. Taft, V, Esquire
Debevoise & Plimpton
919 Third Avenue, 41st Floor
New York, NY   10022-0000

Louis B. Kimmelman, Esquire
O'Melveny & Myers
153 East 53rd Street
New York, NY 10022

  Counsel for Appellee
  CIGNA Worldwide Insurance

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: November 16, 2010